**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**



FILED
RICHARD W. NAGEL
CLERK OF COURT

2015 NOV -4  PM 5: 28

SOUTHERN DIST OHIO
WESTERN CINCINNATI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. **1:15CR 116** |
| | : | |
| Plaintiff, | : | JUDGE   **JUDGE BLACK** |
| | : | |
| v. | : | |
| | : | **INDICTMENT** |
| | : | |
| (1) STACEY HOWELL, | : | 21 U.S.C. § 841(a)(1) |
| a.k.a. "ICE QUEEN", | : | 21 U.S.C. § 841(b)(1)(A), (B), (C) |
| "CANDY MARIE WALLACE", | : | 21 U.S.C. § 846 |
| "STACEY DURHAM", | : | |
| "CANDY HOBBS", | : | |
| (2) THOMAS WILSON, | : | **Forfeiture Allegations** |
| a.k.a. "MICHALO", | : | |
| | : | |
| (3) RANDY WALLACE, | : | |
| a.k.a. "DUKE", | : | |
| (4) STEVE ASHCRAFT, | : | |
| a.k.a. "JULIO", | : | |
| (5) RALPH LITTLETON, | : | |
| a.k.a. "RICHIE", | : | |
| (6) NORMAN KUHBANDER, | : | |
| a.k.a. "FLACCO", | : | |
| a.k.a. "STORMIN' NORMAN", | : | |
| (7) RONALD WALLACE, | : | |
| a.k.a. "LUKE", | : | |
| (8) TIMOTHY LEONE, | : | |
| a.k.a. "IGGY", | : | |
| (9) JUANITA DeLEON, | : | |
| a.k.a. "MAMACITA", | : | |
| (10) LUIS GONZALEZ, | : | |
| (11) KYLE STEGER, | : | |
| (12) ASHLEY WILSON, | : | |
| (13) ZAK STEELMAN, | : | |
| (14) CHRIS SAUNDERS, | : | |
| (15) AMANDA SAUNDERS, | : | |
| (16) DONALD WHITE, | : | |
| | : | |
| Defendants. | : | |

**THE GRAND JURY CHARGES THAT:**

<u>COUNT 1</u>

From in or about April, 2012 and continuing up to and including the date of February 20, 2015, in the Southern District of Ohio and elsewhere, the defendants, **STACEY HOWELL, a.k.a. "ICE QUEEN," "CANDY MARIE WALLACE," "STACEY DURHAM,"** and **"CANDY HOBBS," THOMAS WILSON, a.k.a. "MICHALO," RANDY WALLACE, a.k.a. "DUKE," STEVE ASHCRAFT, "JULIO," RALPH LITTLETON, a.k.a. "RICHIE," NORMAN KUHBANDER, a.k.a. "FLACCO," "SOTRMIN' NORMAN," RONALD WALLACE, a.k.a. "LUKE," TIMOTHY LEONE, a.k.a "IGGY," JUANITA DeLEON, a.k.a. "MAMACITA," LUIS GONZALEZ, KYLE STEGER, ASHLEY WILSON, ZAK STEELMAN, CHRIS SAUNDERS, AMANADA SAUNDERS,** and **DONALD WHITE** along with others, both known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate, and agree with each other, to possess with intent to distribute 50 grams or more of methamphetamine, Schedule III Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A) (as to **STACEY HOWELL, a.k.a. "ICE QUEEN," "CANDY MARIE WALLACE," "STACEY DURHAM,"** and **"CANDY HOBBS," THOMAS WILSON, a.k.a. "MICHALO," RANDY WALLACE, a.k.a. "DUKE," STEVE ASHCRAFT, a.k.a. "JULIO," RALPH LITTLETON, a.k.a. "RICKIE," NORMAN KUHBANDER, a.k.a. "FLACO," "STORMIN' NORMAN," RONALD WALLACE, a.k.a. "LUKE," TIMOTHY LEONE, a.k.a. "IGGY," KYLE STEGER, ASHLEY WILSON, ZAK STEELMAN, CHRIS SAUNDERS,**) § (b)(1)(C) (as to **JUANITA DeLEON, "MAMACITA," LUIS GONZALEZ, AMANDA SAUNDERS,** and **DONALD WHITE,**) and § 846 (**as to all**). At all times in this Indictment, "methamphetamine" refers to mixtures and substances containing detectable amounts of the Schedule III controlled substance illegally possessed and/or distributed.

### General Conspiracy

It was a part of the conspiracy that **THOMAS WILSON, STACEY HOWELL**, and others, both known and unknown to the Grand Jury, would arrange for methamphetamine to be delivered from Mexico to Texas and Atlanta and Duluth, Georgia and elsewhere to **WILSON** and **HOWELL** in the Southern District of Ohio and elsewhere for the purpose of further distributing the methamphetamine.

It was a part of the conspiracy that **WISLSON** and **HOWELL** would also employ **RANDY WALLACE, RALPH LITTLETON, RONALD WALLACE, TIMOTHY LEONE, JUANITA DeLEON, LUIS GONZALEZ, KYLE STEGER,** and **ASHLEY WILSON,** for the purpose of transporting methamphetamine to the Southern District of Ohio, Corbin, Kentucky, Indianapolis, Indiana, Texas, Tennessee, and Georgia for themselves and other members of the drug trafficking organization.

It was a part of the conspiracy that **HOWELL** would acquire the methamphetamine once it was brought to the Southern District of Ohio and elsewhere.

It was a part of the conspiracy that **HOWELL** would pay the person who transported the methamphetamine to the Southern District of Ohio in cash, green dot cards, trading memorabilia, or with vehicles or an amount of the methamphetamine they transported for their services.

It was a part of the conspiracy that **WILSON** and **HOWELL** would acquire rooms at hotels in various locations which they and other members of the conspiracy considered safe places to further the conspiracy.

It was a part of the conspiracy that **HOWELL** would utilize the identification of other persons to evade being detected under her real identity by law enforcement.

It was part of the conspiracy the **HOWELL** and **WILSON** would distribute methamphetamine to **RANDY WALLACE, STEVE ASHCRAFT, RALPH LITTLETON, NORMAN KUHBANDER, RONALD WALLACE, TIMOHTY LEONE, JUANITA DeLEON, KYLE STEGER, ASHLEY WILSON,** and **ZAK STEELMAN,** as well as others,

3

both  known and unknown to the Grand Jury, for further distribution in the Southern District of Ohio, Kentucky, and Indiana.

It was part of the conspiracy that **HOWELL** would accept cash or other things of value in trade for the methamphetamine, such as trading cards, NASCAR collections, and other memorabilia.

It was part of the conspiracy that members of the conspiracy would conceal the methamphetamine at various locations including residences and storage facilities.

It was part of the conspiracy that **HOWELL, RALPH LITTLETON, RONALD WALLACE, ASHLEY WILSON, TIMOHTY LEONE, KYLE STEGER** and others would count large amounts of money.

## Overt Acts

In order to further the objects of the conspiracy and in an effort to attain its objectives, the defendants, and others both known and unknown to the Grand Jury, performed among others, the following overt acts:

1.  In or about the summer of 2013, **RALPH LITTLETON** introduced **HOWELL** to **STEELMAN** for the purpose of acquiring methamphetamine.

2.  In or about May, 2013, **HOWELL** and **THOMAS WILSON** maintained a storage locker which contained approximately one kilogram of methamphetamine.

3.  In or about the fall of, 2013, **HOWELL** made a trip to Georgia for the purpose of picking up approximately one pound of methamphetamine for re-distribution within the Southern District of Ohio.

4.  On or about December 26, 2013, **HOWELL, RANDY WALLACE,** and **RONALD WALLACE** traveled to Georgia to pick up approximately two kilograms of methamphetamine.

5.  On or about April 21, 2014, **HOWELL** obtained an Ohio drivers' license in the "C.M.W." for the purpose of concealing her true identity from law enforcement and others during her drug trafficking activities.

6.  On or about April 2014, **HOWELL** maintained a residence located at 4901 Wicklow Street, Middleton, Ohio for the purpose of concealing and distributing narcotics.

4

7. On or about December 5, 2014, **CHRIS SAUNDERS** and **AMANDA SAUNDERS** sold methamphetamine in a measurable amount to an undercover source.

8. On or about December 9, 2014, **CHRIS SAUNDERS** and **AMANDA SAUNDERS** sold methamphetamine in a measurable amount to an undercover source.

9. On or about January 12, 2015, **CHRIS SAUNDERS** and **AMANDA SAUNDERS** sold methamphetamine in a measurable amount to an undercover source.

10. On or about January 26, 2015, **CHRIS SAUNDERS** sold methamphetamine in a measurable amount to an undercover source.

11. On or about February, 2015, **WILSON, LEONE**, and **DONALD WHITE** traveled to Georgia to pick up methamphetamine for re-distribution.

12. On or about February 2, 2015, **HOWELL** used the name of "Candi Hobbs" to stay with **TIMOTHY LEONE** at the Magnuson Hotel Florence, Florence, Kentucky.

13. On or about February 20, 2015, **ASHCRAFT** maintained a place located at 225 Harrison, Avenue, Harrison, Ohio for the purpose of storing and distributing methamphetamine.

14. On or about February 18, 2015, **HOWELL** traveled to Georgia with **DONALD WHITE** and **TIMOTHY LEONE** to pick up approximately one kilogram of methamphetamine

15. On or about April 2, 2015, **THOMAS WILSON** and **TIMOTHY LEONE** traveled to Georgia to pick up methamphetamine.

16. On or about January 29, 2015, **KUHBANDER** called Ariel Kuhbander and asked her and others to go to a storage building located at 2636 Vance Rd, Dayton Ohio and removed firearms, a gray storage box, prescription medication and cash.

17. On or about January 30, 2015, Ariel Kuhbander, Josh Bowling, and Brian Pouliot aka Wishbone, went to the storage building located at 2636 Vance Rd, Dayton, Ohio and removed the items from the building.

**All in violation of 21 U.S.C. § 846.**

## <u>FORFEITURE ALLEGATION</u>

Upon conviction of the offenses set forth in Count 1 of this Indictment, the defendants,

**STACEY HOWELL, a.k.a. "ICE QUEEN," "CANDY MARIE WALLACE," "STACEY DURHAM," and "CANDY HOBBS," THOMAS WILSON, a.k.a. "MICHALO," RANDY**

5

WALLACE, a.k.a. "DUKE," STEVE ASHCRAFT, "JULIO," RALPH LITTLETON, a.k.a. "RICHIE," NORMAN KUHBANDER, a.k.a. "FLACCO," "SOTRMIN' NORMAN," RONALD WALLACE, a.k.a. "LUKE," TIMOTHY LEONE, a.k.a "IGGY," JUANITA DeLEON, a.k.a. "MAMACITA," LUIS GONZALEZ, KYLE STEGER, ASHLEY WILSON, ZAK STEELMAN, CHRIS SAUNDERS, AMANADA SAUNDERS, and **DONALD WHITE**, shall forfeit to the United States pursuant to 21 U.S.C. § 853(a), (a) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the said violations; and (b) and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations.

### Substitute Assets

If any of the above-described forfeitable property, as a result of any act or omission of the defendants: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

**A TRUE BILL.**

/s/

**GRAND JURY FOREPERSON**

**CARTER M. STEWART**
**UNITED STATES ATTORNEY**

**MICHAEL J. HUNTER**
**CHIEF, ORGANIZED CRIME DRUG ENFORCEMENT TASK FORCE**

6